UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ZHICHAO SUN, | § | |
|     Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-02833 |
| | § | |
| PROS INC., | § | |
|     Defendant. | § | |

## CONDITIONAL DISMISSAL ORDER

The Court has been advised that a settlement has been reached between the parties. Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to reinstatement of Plaintiff's claims, unless any party represents in writing filed with the Court on or before **August 17, 2022** that the settlement could not be completely documented.

All pending motions are hereby **DENIED, as moot**.

Signed on May 19, 2022, at Houston, Texas.

                                                                      _____
                                                                      George C. Hanks, Jr
                                                                      United States District Judge